# EXHIBIT 6

From: **Ann Pearce** acpearce@ncsu.edu
Subject: Fwd: Religious Group & Solicitation
Date: September 15, 2015 at 11:59 PM
To: Ed Russ eruss@ncsu.edu, Berk Wilson info@graceatstate.org, Thomas Saunders tfsaunde@ncsu.edu

Berk, Ed, Tommy,

Here is recent email regarding improper solicitation that Has been observed in Talley recently. I think you will understand once you read it that Dr. Willis has observed Tommy's disregarding the University's policy on undue solicitation in Talley Student Union.

Tommy, perhaps you have not been aware that this type of solicitation is not allowed. I'll be glad to discuss this with all 3 of you sometime when it is convenient. I'm in Pensacola this week, but am available via phone 919-696-1691. Or.....you may call Mike Giancola for further clarification if you'd like.

I look forward to seeing all of you on the 22nd at our beginning of the new semester breakfast meeting.
Best, Ann

---------- Forwarded message ----------
From: **Mike Giancola** <mcgianco@ncsu.edu>
Date: Sun, Sep 13, 2015 at 8:19 PM
Subject: Re: Religious Group & Solicitation
To: TJ Willis <tgwillis@ncsu.edu>
Cc: Tim Hogan <tjhogan@ncsu.edu>, Eileen Coombes <emmarin@ncsu.edu>, Deborah Felder <dpfelder@ncsu.edu>, Kristen Kegerize <kmkegeri@ncsu.edu>, "acpearce@ncsu.edu" <acpearce@ncsu.edu>


On Fri, Sep 11, 2015 at 3:04 PM, TJ Willis <tgwillis@ncsu.edu> wrote:
> Mike,
>
> Wanted to check-in with you on an observation I have seen in the building on multiple occasions. There is an individual named Tommy who works with Grace who is essentially soliciting throughout the building. He walks up to a single person or duo of persons, starts with a hello and then starts the conversation into religion, ending with giving them a card. This would fall under the university PRR of solicitation (Non-commercial).
>
> This is different than the many other religious (and non-religious) groups we have to reserve a lobby table, host a bible study in a location or have people meet them in a specific location.
>
> We have been enforcing the PRR and have stopped groups of all kinds (commercial, religious, etc) from passing out info in and around the facility which helps to create that inclusive, welcoming environment.
>
> TJ
>
> --
> **TJ Willis, Ed.D** | Associate Director
> University Student Centers
> NC State University | CB 7294
> Talley Student Union | Suite 5107
> 2610 Cates Ave | Raleigh, NC 27695
>
> P.  919-513-1602
> W.  go.ncsu.edu/studentcenters
> -------------------------------------------------
> "All electronic mail messages in connection with State business which are
> sent to or received by this account are subject to the NC Public Records
> Law and may be disclosed to third parties."


--
Mike Giancola
Associate Vice Provost
Student Leadership & Engagement
Division of Academic and Student Affairs
NC State University

Campus Box 7295
Ra e gh, NC 27695

(ph) 919-513-0235
mcg anco@ncsu.edu
dasa.ncsu.edu/s e

--
*Ann C Pearce, Director*
*Chaplains' Cooperative Ministry*
*http://chaplains.dasa.ncsu.edu/*
*#5270 Talley Student Union, Box 7295*
*North Carolina State University*
*Raleigh, NC 27695*
*acpearce@ncsu.edu*
*919-515-2414 (o)*
*919-696-1691 (c)*