# EXHIBIT 7

**Subject:** Some Difficult Changes About the Future of CCM (PLEASE READ THIS IMFORMATION IS VERY IMPORTANT)

On Nov 9, 2015, at 2:23 PM, Scott Phillips <scott@wrpc.org> wrote:

Dear CCM members,

I needed to let you all know about some difficult news your executive committee heard this past week. For those of you who were at our last membership meeting, or read the minutes of that meeting, you will remember I brought to our attention the potential of some changes coming to our organization.

On Thursday Mike Giancola informed us that the current relationship between CCM and the administration would not be continuing. There are many reasons for this change and Mike will be at our next membership meeting (12/1) to address some of these reasons. The immediate impact of this change is that CCM members will no longer be issued NCSU ID cards and the CCM office will not be made available for us to rent. This change will not impact your group's ability to meet on campus or reserve space so long as you maintain your status as a registered student organization. We should note that this was a difficult change, but the university has come to recognize that the current environment of diversity and faith traditions within the university is not shown or mirrored well within CCM as it currently exists.

In addition, I think it is important for us to acknowledge that over the past few years the commitment to CCM and the participation in meetings has been on a decline. This has been discussed by the Executive Committee for quite some time. The question of our relevancy has been raised not only by members of the university but by our own members. Therefore the decision to dissolve CCM is not coming from the university but several member organizations. Our vision remains solid, at least on paper, but in reality the diversity and representation of our group no longer reflects the student body.

So, what will this mean for our future? For some of us the desire to continue to build relationships among our members remains strong. For others a desire to develop something new with a more diverse interfaith focus is important. How that all works out, time will tell.

In the meantime, at our next executive committee meeting (on November 19 at 10:00AM in the CCM office) we will discuss the process of dissolving CCM. We will bring recommendations to

the full membership meeting on December 1. At that time the future of CCM will be discussed and questions will be addressed.

Clearly this is a difficult development and I would be remiss if I did not take a moment to acknowledge the wonderful leadership of Ann Pearce and the faith witness of CCM over the past many years. Ann was a part of the meeting with Mike and understands the development. It was important for us, however, to not see this development as a failure but to recognize the good and faithful work that is now coming to an end or better yet transforming into something new to serve a new religious climate on campus. We cannot thank Ann enough for her service.

Thank you all for your time in reading this lengthy email and your service to students. If you have questions or concern feel free to email me, Ann or Mike. As always everyone is welcome to attend the Ex Com meeting (11/19).

Blessings,

Scott