# EXHIBIT 9

North Carolina State University is a land-
grant university and a constituent institution
of The University of North Carolina

Office of General Counsel
Campus Box 7008
Raleigh, NC 27695-7008

**NC STATE** UNIVERSITY

An Equal Opportunity/Affirmative Action Employer

919.515.3071
919.515.3060 (fax)

December 8, 2015

**VIA EMAIL ONLY:** tlanghofer@adflegal.org

Mr. Tyson C. Langhofer
Senior Counsel
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Re:     Violation of First Amendment Rights

Dear Mr. Langhofer:

NC State has reviewed the matter presented in your letter of December 2, 2015, involving Grace
Christian Life (GCL) and the application of the university's solicitation regulation, REG
07.25.12, to this group. Upon NC State's review of this matter, no First Amendment rights were
violated and the regulation was correctly applied in this instance. Moreover, NC State's
solicitation regulation is constitutional and is in compliance with applicable law.

In regards to GCL, on multiple occasions NC State's Associate Director for Student Centers
observed a representative from GCL approach numerous individuals not only to engage in a
conversation about religion, but to also distribute cards and other materials with information
about GCL and related religious topics. Because the group's representative was passing out
written material to passersby, NC State's solicitation regulation applies.

Under the regulation, groups wishing to conduct non-commercial solicitation must contact the
university's Student Involvement Office to obtain a permit for such solicitation. As provided in
the regulation, Student Involvement will issue a permit for the group's solicitation, subject to
reasonable time, place, or manner limits. The permitting process is applied consistently to all
groups conducting solicitation, without regard to the content or viewpoint of the solicitation. The
Associate Director expressed concern to various University officials and Ms. Ann Pearce,
Director of the Chaplains' Cooperative Ministry, of which GCL is a member, in hopes that they
could work with GCL in order to educate them about NC State's solicitation regulation and help
with their compliance when conducting similar actions. NC State remains willing to work with
GCL in order for them to obtain the necessary permit for conducting similar future solicitations.

Furthermore, NC State's solicitation regulation is constitutional and does not infringe on First
Amendment rights. As provided above, NC State's permitting process for all types of solicitation
is subject to reasonable time, place, or manner limits, without consideration of the content or
viewpoint of the solicitation. Accordingly, NC State's solicitation regulation complies with
applicable laws.

NC State periodically reviews its policies and practices to ensure compliance with federal and
state laws as well as University policies. The university appreciates your dedication to upholding
First Amendment rights, and will consider your suggested revisions in its continued review of the
related policies and regulations. The university's interest in the full expression and exchange of
ideas between groups and individuals with differing views will remain a hallmark of NC State
and a core value which we will continue to protect and preserve.

{N0014543.1}

Page 2

Sincerely,

Shawn C. Troxler
Assistant General Counsel

Xc:    Dr. Michael Mullen, Vice Chancellor and Dean of Academic and Student Affairs