# EXHIBIT 10

**From:** Tyson Langhofer
**Sent:** Wednesday, January 06, 2016 11:29 AM
**To:** 'Shawn Troxler'
**Cc:** Eileen S Goldgeier; 'Karlene Turrentine'; David Hacker
**Subject:** RE: Grace/NC State - letter to Eileen Goldgeier

Mr. Troxler,

This e-mail is to follow up on your letter dated December 8, 2015. I want to make sure that I understand how NC State is interpreting and enforcing REG 07.25.12 so that I can accurately advise my client. According to NC State's interpretation and enforcement of REG 07.25.12, does NC State require a student to obtain a permit from the Student Involvement Office any time a student desires to hand out a written solicitation to another student or students?

Thanks in advance for your response.

---

**From:** Shawn Troxler [mailto:sctroxle@ncsu.edu]
**Sent:** Tuesday, December 08, 2015 1:17 PM
**To:** Tyson Langhofer
**Cc:** Eileen S Goldgeier
**Subject:** Fwd: Grace/NC State - letter to Eileen Goldgeier

Mr. Langhofer,

Please find NC State's response to your letter of December 2, 2015.

Thanks,

> **From:** Tyson Langhofer <tlanghofer@adflegal.org>
> **Date:** December 2, 2015 at 3:41:03 PM EST
> **To:** "eileen_goldgeier@ncsu.edu" <eileen_goldgeier@ncsu.edu>
> **Cc:** Karlene Turrentine <kturrentine@turrentinelaw.com>, David Hacker <dhacker@adflegal.org>
> **Subject: Grace/NC State - letter to Eileen Goldgeier**
>
> Ms. Goldgeier,
>
> Please find attached the letter that was mailed to you today.

1
Case 5:16-cv-00202-D   Document 4-12   Filed 04/26/16   Page 2 of 3

Tyson Langhofer
Senior Counsel
480-444-0020 (Office)
tlanghofer@ADFlegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsble for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

--
Shawn C. Troxler | NC State University | Assistant General Counsel | CB 7008 Holladay Hall Raleigh, NC 27695-7008 | 919.515.1527 | sctroxle@ncsu.edu