IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **GRACE CHRISTIAN LIFE**, a registered student organization at North Carolina State University,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**W. RANDOLPH WOODSON**, Chancellor of North Carolina State University, in his official and individual capacities; **WARWICK A. ARDEN**, Provost and Executive Vice Chancellor, in his official and individual capacities; **TJ WILLIS**, Associate Director of University Student Centers, in his official and individual capacities; **MIKE GIANCOLA**, Associate Provost, in his official and individual capacities;<br><br>　　　　　　Defendants. | Case No. 5:16-cv-00202<br><br>**JOINT MOTION TO SET HEARING DATE** |

　　　　Plaintiff Grace Christian Life and Defendants W. Randolph Woodson, Warwick A. Arden, TJ Willis and Mike Giancola, through their undersigned counsel, respectfully move the Court to set a hearing date regarding Plaintiff's Motion for Preliminary Injunction. The parties request that the hearing be scheduled between May 31, 2016 and June 3, 2016, or any date thereafter that is convenient to the Court.

　　　　Respectfully submitted this 12th day of May, 2016.

By: /s/ Kimberly D. Potter　　　　　　　　By: /s/Tyson C. Langhofer
KIMBERLY D. POTTER, Bar No. 24314　　　TYSON C. LANGHOFER
STEPHANIE A. BRENNAN, Bar No. 35955　Arizona Bar No. 032589
**NC DEPARTMENT OF JUSTICE**　　　　　　**ALLIANCE DEFENDING FREEDOM**
PO Box 629　　　　　　　　　　　　　　　15100 N. 90th St.
Raleigh, NC 27602　　　　　　　　　　　Scottsdale, Arizona 85260
919-716-6920　　　　　　　　　　　　　　(480) 444-0020
919-716-6764 FAX　　　　　　　　　　　 (480) 444-0028 Fax
kpotter@ncdoj.gov　　　　　　　　　　　tlanghofer@adflegal.org
sbrennan@ncdoj.gov

ATTORNEYS FOR DEFENDANTS

1

By: /s/Christian E. Dysart
CHRISTIAN E. DYSART, Bar No. 36734
**DYSART LAW**
507 N. Blount St.
Raleigh, North Carolina 27604
(919) 747-8380
(919) 882-1222
Christian@cedysart.com
Local Civil Rule 83.1 Counsel for Plaintiff


EDMUND G. LACOUR JR.
District of Columbia Bar No. 1030165
**BANCROFT PLLC**
500 New Jersey Avenue, 7th Floor
Washington D.C. 20001
202-234-0090
202-234-2806 FAX
elacour@bancroftpllc.com


DAVID A. CORTMAN
Georgia Bar No. 188810
TRAVIS C. BARHAM
Georgia Bar No. 753251
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
dcortman@adflegal.org
tbarham@adflegal.org


DAVID J. HACKER
California Bar No. 249272
**ALLIANCE DEFENDING FREEDOM**
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 932-2850
(916) 932-2851 Fax
dhacker@adflegal.org


ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF system, which sends notification of such filing to the following counsel of record:

kpotter@ncdoj.gov
sbrennan@ncdoj.gov
elacour@bancroftpllc.com
dcortman@adflegal.org
tbarham@adflegal.org
dhacker@adflegal.org
christian@cedysart.com

/s/Tyson C. Langhofer
TYSON C. LANGHOFER
*Attorney for Plaintiff*